# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 495 MAL 2021

       Respondent    :
   :
   :    Petition for Allowance of Appeal
   :    from the Order of the Superior Court
       v.    :
   :
   :
LATHAN NICHELSON,    :
   :
       Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.